JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED.
CLERK, U.S. DISTRICT COURT

JUN 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DURONIO,<br><br>               Petitioner,<br><br>          v.<br><br>G.J. JANDA, Warden,<br><br>               Respondent. | Case No. ED CV 13-1923 JFW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: _____6/18/14_____

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE